TRINETTE G. KENT (State Bar No. 025180)
11811 North Tatum Blvd., Suite 3031
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Peter Houle

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Houle,<br><br>               Plaintiff,<br><br>     vs.<br><br>Palisades Collections, LLC; Asta Funding, Inc.; and DOES 1-10, inclusive,<br><br>               Defendants. | Case No.: 2:12-cv-02426-SRB<br><br>**MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

1  Pursuant to this Court's January 10, 2013 Order (*see* Docket No. 8), Plaintiff, through counsel undersigned and after consultation with Defendant, submits the following Motion for Extension of Time for Defendant to File Response to Plaintiff's Complaint.

The parties are currently engaging in ongoing settlement negotiations and are working diligently toward an early resolution of this matter.  The parties have agreed that Defendant need not file a response until February 15, 2013, so that they may continue in their efforts to resolve this case.  Plaintiff is in the process of obtaining his phone records and anticipates receiving those records by the end of January of 2013, which should assist in the ongoing settlement negotiations.  Thus, Plaintiff respectfully requests that this Court extend Defendant's deadline to file a response to Plaintiff's Complaint until February 15, 2013.  Plaintiff will promptly inform the Court if the parties reach a settlement prior to February 15, 2013.

DATED: January 23, 2013

                        By  /s/*Trinette G. Kent*  
                           TRINETTE G. KENT  
                           Attorney for Plaintiff

**1**

# CERTIFICATE OF SERVICE

**2**

**3** I, the undersigned, certify and declare that I am over the age of 18 years, and

**4** not a party to the above-entitled cause. On January 23, 2013, I served a true copy of

**5** foregoing document: **MOTION FOR EXTENSION OF TIME FOR**

**6**

**7** **DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT.**

**8**

**9** **BY ELECTRONIC FILING:** I hereby certify that on January 23, 2013, a copy
**10** of the foregoing document was filed electronically. Notice of this filing will be
**11** sent by operation of the Court's electronic filing system to all parties indicated on
**12** the electronic filing receipt. All other parties will be served by regular U.S.
**13** Mail. Parties may access this filing through the Court's electronic filing
**14** system.
**15** Tel.: (203) 653-2250
**16** Fax: (203) 653-3424
**17** Email: tkent@lemberglaw.com
**18**

**Attorneys for Defendants Palisades Collections, LLC; Asta Funding, Inc.**

**19**

**20** I am readily familiar with the firm's practice of collection and processing

**21** correspondence for mailing. Under that practice it would be deposited with the U.S.

**22**

**23** Postal Service on that same day with postage thereon fully prepaid in the ordinary

**24** course of business. I am aware that on motion of the party served, service is presumed

**25** invalid if postal cancellation date or postage meter date is more than one day after the

**26**

**27** date of deposit for mailing in affidavit.

**28**

3

1  I hereby certify that I am employed in the office of a member of the Bar of this
2
3  Court at whose direction the service was made.
4  Executed on January 23, 2013.

                                                  */s/ Allison Ercolano*
                                                  Allison Ercolano
                                                  Paralegal to Trinette G. Kent

4