IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Houle,<br><br>         Plaintiff,<br><br>    vs.<br><br>Palisades Collections, LLC; Asta Funding, Inc.; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No.:  2:12-cv-02426-SRB<br><br>**ORDER** |

Pursuant to Plaintiff's Motion for Extension of Time for Defendant to File Response to Plaintiff's Complaint, and for good cause shown, IT IS HEREBY ORDERED that Defendant has until February 15, 2013, to file a Response to Plaintiff's Complaint.